FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

JUN 2 5 2009 ★

BROOKLYN OFFICE

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| TERRI TAYLOR | ) | Case No. _____ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **COMPLAINT** |
| | ) | |
| ALLIED INTERSTATE, INC. | ) | |
| | ) | |
| Defendant. | ) | **Jury Trial Demanded** |
| | ) | |

PLAINTIFF, TERRI TAYLOR ("Plaintiff"), by and through the undersigned attorney, files this Complaint against DEFENDANT, ALLIED INTERSTATE, INC. ("Defendant"), and alleges as follows:

## I. INTRODUCTION

1.  This is an action for damages brought by an individual consumer for Defendant's violations of the following provisions, resulting from abusive behavior against Plaintiff in the course of Defendant's attempt to collect a debt:

    (1) The Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* (hereinafter "FDCPA").

## II. JURISDICTION

2.  The FDCPA claim arises under 15 U.S.C. § 1692k(d), and therefore involves a "federal question" pursuant to 28 USC § 1331.

## III. PARTIES

3.  Plaintiff, TERRI TAYLOR ("Plaintiff"), is a natural person residing in Queens County, New York.

4.   Defendant, ALLIED INTERSTATE, INC., ("Defendant") is a corporation engaged in the business of collecting debts by use of the mails and telephone, and Defendant regularly attempts to collect debts alleged to be due another.

## IV. FACTUAL ALLEGATIONS

5.   Defendant is a "debt collector" as defined by the FDCPA, 15 U.S.C. § 1692a(6).

6.   Plaintiff is a "consumer" as defined by the FDCPA, 15 U.S.C. § 1692a(3).

7.   All activities of Defendant set out herein were undertaken in connection with the collection of a "debt," as defined by 15 USC § 1692a(5).

8.   Within the last year, Defendant contacted Plaintiff by telephone in an attempt to collect an alleged outstanding debt.  During that telephone conversation, Defendant performed the following acts, which amount to violations under various federal and state laws:

    i.   Repeatedly making telephone calls to Plaintiff in connection with collection of a debt allegedly belonging to someone else, and consistently refusing to stop this behavior after numerous requests by Plaintiff (§ 1692d);

    ii.   Repeatedly stating in conversations with Plaintiff that the calls would stop and that Plaintiffs number would be taken off the list, and failing each time to take the actions necessary to fulfill these promises (§ 1692e(10)).

9.    As a result of the aforementioned violations, Plaintiff suffered and continues to suffer injuries to Plaintiff's feelings, personal humiliation, embarrassment, mental anguish and severe emotional distress.

10.   Defendant intended to cause, by means of the actions detailed above, injuries to Plaintiff's feelings, personal humiliation, embarrassment, mental anguish and severe emotional distress.

11.   Defendant's action, detailed above, was undertaken with extraordinary disregard of, or indifference to, known or highly probable risks to purported debtors.

12.   Defendant's actions, detailed above, constituted an extraordinary transgression of the bounds of socially tolerable conduct

13.   To the extent Defendant's actions, detailed above, were carried out by an employee of Defendant, that employee was acting within the scope of his or her employment.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays that judgment be entered against the Defendant for the following:

A.    Declaratory judgment that Defendant's conduct violated the FDCPA;

B.    Actual damages pursuant to 15 USC 1692k;

C.    Statutory damages pursuant to 15 U.S.C. § 1692k;

D.    Costs, disbursements and reasonable attorney's fees for all successful claims, and any unsuccessful claims arising out of the same transaction or occurrence as the successful claims, pursuant to 15 U.S.C. § 1692k; and,

E.   For such other and further relief as may be just and proper.

This __17th__ day of June, 2009.

ATTORNEYS FOR PLAINTIFF
*TERRI TAYLOR*

Respectfully submitted,

Dennis R. Kurz
NY Bar No. 4570453
*Kurz & Fortas, LLC*
Attorneys for Plaintiff
80 Broad Street, 5th Floor
New York, NY 10004
(404) 856-3888
(404) 856-3892 (fax)
dkurz@kurzandfortas.com

*PLEASE SEND ALL CORRESPONDENCE TO:*

Dennis R. Kurz
Kurz & Fortas, LLC
1932 North Druid Hills Road, Suite 200
Atlanta, Georgia 30319