## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| TERRI TAYLOR | ) | Case No. 1:09-cv-02767-SJ-MDG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | |
| ALLIED INTERSTATE, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

NOW COMES Plaintiff TERRI TAYLOR, by and through attorneys, KURZ &

FORTAS, LLC, in the above-styles matter, and hereby voluntarily dismisses **WITH**

prejudice the above-styles case and requests the Clerk of the Court to enter on the records

of the Court that such Complaint has been settled and DISMISSED WITH PREJUDICE.

This __4th__ day of __November__, 2009.

Respectfully submitted,

Dennis R. Kurz
NY Bar No. 4570453
*Kurz & Fortas, LLC*
Attorneys for Plaintiff
80 Broad Street, 5th Floor
New York, NY 10004
(404) 856-3888
(404) 856-3892 (fax)
dkurz@kurzandfortas.com